ORDERED.

Dated: February 09, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| WADE MARTIN ROME and ) | Case No. 6:15-bk-02498-KSJ |
| KATHLEEN MALONEY ROME, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |
| CARLA P. MUSSELMAN, CHAPTER 7 ) | |
| TRUSTEE FOR THE ESTATE OF ) | |
| WADE MARTIN ROME and ) | |
| KATHLEEN MALONEY ROME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary No. 6:15-ap-00130-KSJ |
| ) | |
| WADE MARTIN ROME and ) | |
| KATHLEEN MALONEY ROME, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| JOHN BELTRAMO, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Adversary No. 6:15-ap-00131 |
| ) | |
| WADE MARTIN ROME and ) | |
| KATHLEEN MALONEY ROME, ) | |
| ) | |
| Defendants. ) | |
| ) | |

| | |
|---|---|
| ROBERT THOMAS, ) | |
| FREDERICK LAUFER, and ) | |
| BRIAN KAUFMAN, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | Adversary No. 6:15-ap-00132 |
| ) | |
| WADE MARTIN ROME and ) | |
| KATHLEEN MALONEY ROME, ) | |
| ) | |
|     Defendants. ) | |
| ) | |

# CASE MANAGEMENT ORDER AND
# ORDER CONSOLIDATING ADVERSARY PROCEEDINGS

These three adversary proceedings came on for hearing on February 3, 2016, for a pretrial conference. The parties filed similar Case Management Reports[1] and moved to consolidate the three adversary proceedings for discovery and trial purposes.[2] After reviewing the pleadings and considering the position of all parties in interest, it is

**ORDERED**:

1. The motions to consolidate are partially granted and partially denied.

2. The adversary proceedings are consolidated for **discovery** purposes only.

3. Parties should file papers in each adversary proceeding and, if desired, may renew their request to consolidate the proceedings for trial at an appropriate future date.

4. The deadline for parties to complete discovery is **July 1, 2016**. No extensions will be granted without a showing of good cause and court approval.

5. The deadline for parties to supplement disclosures, exchange witness lists (both expert and non-expert), and exchange expert reports, if any, is **July 1, 2016**.

---

[1] Doc. No. 12 in Adv. No. 6:15-ap-00130-KSJ. Doc. No. 14 in Adv. No. 6:15-ap-00131-KSJ. Doc. No. 13 in Adv. No. 6:15-ap-00132-KSJ

[2] Doc. No. 11 in Adv. No. 6:15-ap-00130-KSJ. Doc. No. 13 in Adv. No. 6:15-ap-00131-KSJ. Doc. No. 14 in Adv. No. 6:15-ap-00132-KSJ.

6. The deadline to file dispositive motions is **July 13, 2016**.

7. A Pretrial Conference is scheduled for **July 14, 2016, at 11:00 a.m.,** in Courtroom A, Sixth Floor, 400 West Washington Street, Orlando, Florida  32801.

###

The Clerk is directed to serve a copy of this Order on all interested parties.